| | |
|---|---|
| 1 | Gustavo Magaña (SBN 305970) |
| 2 | The Law Office of Gustavo Magaña |
|   | 4701 Patrick Henry Dr. Bldg 16 |
| 3 | Santa Clara, CA 95054 |
|   | T: (408) 430-0411 |
| 4 | F: (800) 650-9326 |
|   | E: Gmaganaesq@gmail.com |
| 5 | |
| 6 | Attorney for Plaintiff |
|   | Pauline Felix |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Pauline Felix, | Case Number: 5:25-CV-02026-VKD |
|---|---|
| Plaintiff, | AMENDED |
| v. | **STIPULATED ORDER FOR THE DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE** |
| Adam Jenkins, | |
| Defendants. | Re: Dkt. No. 31 |

It is hereby stipulated between Plaintiff, Pauline Felix, and Defendant Adam Jenkins, that the entire case should be dismissed with prejudice pursuant to F.R.C.P. 41. The parties further stipulate that each party shall bear their own attorney's fees, expenses, and costs.

IT IS SO STIPULATED.

///

///

Dated: 12/30/25                     San Jose City Attorney's Office

                                    By: /s/  Kendra McGee-Davies
                                        Kendra McGee-Davies, Esq.
                                        Senior Deputy City Attorney

                                    Attorneys for Defendants


Dated: 12/30/25                     LAW OFFICE OF GUSTAVO MAGAÑA


                                    By:  ____Gustavo Magaña_____
                                    GUSTAVO MAGAÑA
                                    Attorneys for Plaintiff

    I attest that Defense counsel has read and approved this document and given consent to the filing of the same with the Court.

Dated: 12/30/25                     LAW OFFICE OF GUSTAVO MAGAÑA


                                    By:  ____Gustavo Magaña_____
                                              GUSTAVO MAGAÑA
                                    Attorneys for Plaintiff

1
2
3  PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5  DATED:   December 31, 2025                    _____
6                                                HON. Virginia K. DeMarchi
                                                 United States District Judge
7                                                        Magistrate
8
...
28